IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL ACTION NO. 2:12-CV-00085-RLV

| | |
|---|---|
| MICHAEL BLAIN HAGEDORN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff's Petition for Attorney's Fees Under the Equal Access to Justice Act (the "Petition"). [Doc. No. 22]. In the Petition, the Plaintiff requests attorney's fees in the amount of $5,922.78, representing 32.5 hours of attorney work. The Defendant has consented to this fee request and agrees that it is reasonable. The Court has reviewed the Plaintiff's request, and the evidence submitted in support of the request, and finds the Plaintiff's requested fee to be reasonable.

Accordingly, it is **HEREBY ORDERED** that the Plaintiff be awarded the sum of $5,922.78 in attorney's fees. Such sums shall be paid by Defendant to the order of the Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and mailed to his counsel's office.

**SO ORDERED**.

Signed: March 2, 2016

Richard L. Voorhees
United States District Judge